The People of the State of New York ex rel. John R. Broadhead, Appellant, v. City of Buffalo, Respondent.— Motion for reargument denied, with ten dollars costs and disbursements.

----

* See Const. of 1846, art. 5, § 3, as amd. in 1876; revised in Const. of 1894, art. 5, § 3.— [Rep.